JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Davino,<br><br>        Plaintiff,<br><br>  v.<br><br>Orange Engine and Parts #3 Inc.,<br> et al.,<br><br>        Defendant(s).<br>_____ | CASE NO.SACV 07-1222-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: July 2, 2008

                                        _____<br>
                                            James V. Selna<br>
                                        United States District Judge